IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01838-BNB

KEISHA ROWE,

    Plaintiff,

v.

RENEE STARZEL, D.S.H.S.,
CHRISTINE L. BARON, D.S.H.S.,
KID'S HARBOR DAYCARE,
ANDREW CORDOVA, D.S.H.S.,
JULIE TERASAS, D.S.H.S.,
ASHLEY CHASE, and
FOSTER HOME CARETAKER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 14 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Keisha Rowe, initiated this action by filing *pro se* a Complaint. On August 5, 2010, Magistrate Judge Boyd N. Boland ordered Ms. Rowe to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure if she wishes to pursue her claims in this action. Ms. Rowe was warned that the action would be dismissed without further notice if she failed to file an amended complaint within thirty days.

Ms. Rowe has failed to file an amended complaint within the time allowed and she has failed to respond in any way to Magistrate Judge Boland's August 5 order. Therefore, the action will be dismissed without prejudice for failure to file an amended complaint as directed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to file an amended complaint as directed.

DATED at Denver, Colorado, this __13th__ day of __September__, 2010.

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01838-BNB

Keisha Rowe
1131 4th Ave.
Greeley, CO 80631

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/14/10

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk